Stacy M. Tucker (SBN 218942)
smtucker@mtlawpc.com
MONAHAN TUCKER LAW, PC
14241 NE Woodinville-Duvall Road
Suite 382
Woodinville, WA 98072
T: (206) 486-3553
F: (206) 339-7155

Glenn R. Kantor (SBN 122643)
gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
T: (818) 886-2525
F: (818) 350-6272

Attorneys for Plaintiff,
ANA WOLD



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA WOLD,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>   Defendant. | Case No. 5:24-cv-06629-NW<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE<br>[FED. R. CIV. P. 41] |

1    Pursuant to the stipulation of the Parties, the above-entitled action is hereby dismissed in
2 its entirety, with prejudice. Each party shall bear its own attorney's fees and costs and waives all
3 rights of an appeal.

4

5 **IT IS SO ORDERED.**

6

7 DATED: June 5, 2025       _____
                            The Honorable Noël Wise